I agree with the majority to affirm the judgment of the trial court. Part III of the opinion correctly holds that any error possibly made by the trial court in its instructions to the jury on intentional infliction of emotional distress was not properly preserved. Therefore, this Court may not review the alleged error. Conley v. Beaver, 437 So.2d 1267, 1270 (Ala. 1983); Rule 51, A.R.Civ.P.
However, I do not believe that intentional infliction of emotional distress, also known as the tort of outrage, would have been a proper cause of action to justify the damages awarded in this case. While the alleged wrongful act is sufficient to support an award of punitive damages for trespass, the trespassory act does not amount to the outrageous conduct required under the independent tort of outrage. The proper cause of action here was trespass, and not the tort of outrage.